David Yang (SBN 246132)
dyang@hycounsel.com
HAWKINSON YANG LLP
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
Tel: (213) 634-0370
Fax: (213) 260-9305

*Counsel for Defendants and Counterclaimants NXP USA, Inc.; Arrow Electronics, Inc.; and Avnet, Inc.*

*Additional counsel for Defendants listed in signature block*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NXP USA, INC.; ADVANTECH CO., LTD.; ADVANTECH CORPORATION; ARROW ELECTRONICS, INC.; AND AVNET, INC.,<br><br>Defendants. | Case No. 8:22-cv-02133-HDV-ADS<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS TO STAY PENDING *INTER PARTES* REVIEW**<br><br>Date:       January 25, 2024<br>Time:       10:00 am<br>Courtroom: 5B<br>Judge:      Hon. Hernán D. Vera |

DEFENDANTS' NOTICE OF
MOTION AND MOTION TO STAY                              Case No. 8:22-CV-02133-HDV-ADS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 25, 2024, at 10:00 am, or as soon thereafter as the parties may be heard, in Courtroom 5B of this Court, located at 350 W. 1st Street, 5th Floor, Los Angeles, California 90012, Defendants NXP USA, Inc. ("NXP"); Advantech Co., Ltd.; Advantech Corporation; Arrow Electronics, Inc.; and Avnet, Inc. will appear and move the Court for an order staying this case pending resolution of the Petitions for *Inter Partes* Review before the Patent Trial and Appeal Board filed by NXP on November 7 and November 9, 2023.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 17, 2023. Counsel for Plaintiff has stated that it opposes Defendants' motion.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and the exhibit attached thereto, the pleadings and documents on file in this case, and such other evidence and argument as the Court may receive at the hearing on this Motion.

| | |
|---|---|
| Dated: November 24, 2023 | Respectfully submitted, |
| */s/ Jonathan P. Hersey* | */s/ Michael Chibib* |
| Jonathan P. Hersey (SBN 189240) | Michael Chibib (admitted *pro hac vice*) |
| Jonathan.hersey@klgates.com | michael.chibib@bracewell.com |
| Jay Chiu (SBN 205385) | Conor M. Civins (admitted *pro hac vice*) |
| jay.chiu@klgates.com | conor.civins@bracewell.com |
| K&L GATES LLP | Bracewell LLP |
| 1 Park Plaza, Twelfth Floor | 111 Congress Avenue, Suite 2300 |
| Irvine, CA 92614 | Austin, TX 78701 |
| Phone: +1.949.253.0900 | Tel: (512) 472-7800 |
| Fax: +1.949.253.0902 | Fax: (800) 404-3970 |

*Counsel for Defendants and Counterclaimants Advantech Co. Ltd. and Advantech Corporation*

David Yang (SBN 246132)
HAWKINSON YANG LLP
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
Tel: (213) 634-0370
Fax: (213) 260-9305

*Counsel for Defendants and Counterclaimants NXP USA, Inc.; Arrow Electronics, Inc; and Avnet, Inc.*

### STATEMENT OF ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ David Yang*
David Yang

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY    2    Case No. 8:22-CV-02133-HDV-ADS

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed on November 24, 2023, with the U.S. Central District of California by using the CM/ECF system, causing electronic service upon all counsel of record.

/s/ David Yang
David Yang

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY     3     Case No. 8:22-CV-02133-HDV-ADS