# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NXP USA, INC.; ADVANTECH CO., LTD.; ADVANTECH CORPORATION; ARROW ELECTRONICS, INC.; AND AVNET, INC., <br><br> Defendants. | Case No. 8:22-cv-02133-HDV-ADS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW** <br><br> Date: January 25, 2024 <br> Time: 10:00 am <br> Courtroom: 5B <br> Judge: Hon. Hernán D. Vera |

Now before the Court is the Motion to Stay Pending *Inter Partes* Review brought by Defendants NXP USA, Inc. ("NXP"); Advantech Co., Ltd.; Advantech Corporation; Arrow Electronics, Inc.; and Avnet, Inc.

After full consideration of the evidence, arguments, and briefing, the Court **GRANTS** Defendants' Motion and vacates all the current deadlines set forth in the Scheduling Order pending the final resolution of the Petitions for *Inter Partes* Review filed by Defendant NXP.

Within five (5) days of the final resolution of the Petitions for *Inter Partes* Review, Defendants shall file a notice informing the Court of the same.

**IT IS SO ORDERED.**

DATED: _____        _____

Hon. Hernán D. Vera