UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **SA CV 22-02133-HDV** | Date January 25, 2024 |
| Title ***Bell Semiconductor, LLC v. NXP USA, Inc. et al*** | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Lynnie Fahey | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Christopher Clayton | Jonathan P. Hersey<br>Michael Chibib<br>David Yang |

**Proceedings:**   MOTION TO STAY CASE PENDING INTER PARTIES REVIEW **[91]**

Case is called and appearances made.  The Court makes a disclosure regarding defense counsel, David Yang, as stated in the record.  The Court invites counsel to present their oral arguments.  Arguments by counsel are heard.  The Court takes the matter under submission.  An order will issue.

**IT IS SO ORDERED.**